MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No.: 7661
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No.: 12594
**BLACK & LOBELLO**
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
mcouvillier@blacklobellolaw.com
khernandez@blacklobellolaw.com
*Attorneys for plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLAIR C. DOTTA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company, BANK OF AMERICA, a national banking association; and BLUESTEM BRANDS, INC., a foreign corporation d/b/a FINGERHUT;<br><br>Defendants. | Case No.: 2:15-cv-01020-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINE TO BANK OF AMERICA'S MOTION TO DISMISS** |

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff, Blair C. Dotta ("Dotta') and defendant, Bank of America, N.A. ("BANA"), by and through their

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

respective attorneys of record, and subject to the approval of the court, that plaintiff's deadline to file her Opposition to BANA's Motion to Dismiss [Dkt. 5] is hereby extended up to and including July 17, 2015.

Dotta and BANA are engaged in informal settlement negotiations and the requested extension will allow the parties to continue these discussions and avoid incurring unnecessary fees and costs.

RESPECTFULLY SUBMITTED.

Dated this 9th day of July, 2015.

**BLACK & LOBELLO**

*/s/ Kevin L. Hernandez          .*
Maximiliano D. Couvillier III, Esq.
Kevin L. Hernandez, Esq.
10777 W. Twain Ave., Suite 300
Las Vegas, Nevada 89135
*Attorneys for plaintiff*

Dated this 9th day of July, 2015.

**AKERMAN LLP**

*/s/ Matthew Knepper          .*
Darren Brenner, Esq.
Matthew I. Knepper, Esq.
1160 Town Center Dr., Suite 330
Las Vegas, NV  89144
*Attorney for defendant Bank of America, N.A.*

## ORDER TO EXTEND OPPOSITION DEADLINE TO BANK OF AMERICA'S MOTION TO DISMISS

Pursuant to the stipulation of plaintiff, Blair C. Dotta and defendant, Bank of America, N.A.,   plaintiff's deadline to file her Opposition to Bank of America's Motion to Dismiss [Dkt. 5] is hereby extended up to and including July 17, 2015.

DATED July 10, 2015.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE