1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

BLAIR C. DOTTA,

Case No. 2:15-cv-01020-JCM-PAL

8

Plaintiff,

ORDER

9

v.

EQUIFAX, INC., et al.

10

Defendants.

11

12          Before the court is the Notice of Pending Settlement Between Plaintiff and Defendant

13    Bank of America, N.A. (Dkt. #19) filed July 17, 2015, in which the parties advise that they

14    settlement has been reached and the parties anticipate filing the stipulation for dismissal within

15    the next thirty to forty-five days.  Accordingly

16          **IT IS ORDERED** that that Plaintiff and Defendant Bank of America, N.A. shall have

17    until **September 1, 2015,** to either file a stipulation to dismiss, or alternatively, a joint status

18    report with the court advising when the stipulation will be filed.

19          DATED this 30th day of July, 2015.

20
21
22    PEGGY A. LEEN
      UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

1