MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No.: 7661
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No.: 12594
**BLACK & LOBELLO**
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada  89135
Telephone:  (702) 869-8801
Facsimile:   (702) 869-2669
mcouvillier@blacklobellolaw.com
khernandez@blacklobellolaw.com
*Attorneys for plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLAIR C. DOTTA, an individual, | Case No.:   2:15-cv-01020-JCM-PAL |
| Plaintiff, | |
| v. | |
| EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company, BANK OF AMERICA, a national banking association; and BLUESTEM BRANDS, INC., a foreign corporation d/b/a FINGERHUT; | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX, INC.** |
| Defendants. | |

**WHEREAS** plaintiff, Blair C. Dotta ("plaintiff") and defendant, Equifax, Inc., ("Equifax") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between plaintiff and Equifax in the above-captioned matter;

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by plaintiff and Equifax, by and through their respective attorneys of record, and subject to the approval of the Court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned

matter is hereby dismissed with prejudice as to Equifax, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

| Dated this 31st day of August, 2015. | Dated this 31st day of August, 2015. |
|---|---|
| **BLACK & LOBELLO** | **SNELL & WILMER** |
| /s/ Kevin L. Hernandez             .<br>Maximiliano D. Couvillier III, Esq.<br>Kevin L. Hernandez, Esq.<br>10777 W. Twain Ave., Third Floor<br>Las Vegas, NV 89135<br>*Attorneys for plaintiff* | /s/ Bradley Austin             .<br>Bradley Austin, Esq.<br>Paul Swenson Prior, Esq.<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for defendant, Equifax, Inc.* |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of plaintiff and Equifax under FRCP 41(a)(1)(A)(ii), defendant, Equifax shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 8, 2015