Abran E. Vigil
Nevada Bar No. 7548
Matthew D. Lamb
Nevada Bar No. 12991
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
lambm@ballardspahr.com

*Attorneys for Defendant Bluestem Brands, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLAIR C. DOTTA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company; BANK OF AMERICA, a national banking association; and BLUESTEM BRANDS, INC., a foreign corporation d/b/a Fingerhut;<br><br>Defendants. | Case No. 2:15-cv-01020-JCM-PAL<br><br>**STIPULATION TO DISMISS DEFENDANT BLUESTEM BRANDS, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 7-1, plaintiff Blair C. Dotta ("Plaintiff") and defendant Bluestem Brands, Inc. ("Bluestem") stipulate as follows:

1. Plaintiff and Bluestem have entered a confidential settlement agreement.

2. Accordingly, Plaintiff and Bluestem agree that Bluestem should be dismissed from this case with prejudice.

3. Plaintiff and Bluestem further agree they will each bear their own attorney's fees and costs.

DMEAST #22693080 v1

| | |
|---|---|
| Dated: September 23, 2015. | Dated: September 23, 2015. |
| BLACK & LOBELLO | BALLARD SPAHR LLP |
| /s/ Kevin L. Hernandez | /s/ Matthew D. Lamb |
| Maximiliano D. Couvillier III, Esq.<br>Nevada Bar No. 7661<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>10777 West Twain Avenue, Third Floor<br>Las Vegas, Nevada 89135 | Abran E. Vigil<br>Nevada Bar No. 7548<br>Matthew D. Lamb<br>Nevada Bar No. 12991<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Bluestem Brands, Inc.* |

### ORDER

IT IS SO ORDERED.

Dated: September 23, 2015.

_____
UNITED STATES DISTRICT JUDGE

DMEAST #22693080 v1

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2015, a true and correct copy of the foregoing **Stipulation to Dismiss Defendant Bluestem Brands, Inc.** was filed via the Court's CM/ECF System and electronically served by the Court on all parties who have appeared in the action.

        /s/ Sarah Walton
        An employee of BALLARD SPAHR LLP

DMEAST #22693080 v1