1  DARRELL D. DENNIS
   Nevada Bar No. 6618
2  JASON G. REVZIN
   Nevada Bar No. 8629
3  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
4  6385 S. Rainbow Blvd., Suite 600
   Las Vegas, Nevada  89118
5  Telephone: (702) 893-3383
   Facsimile: (702) 893-3789
6  Email: darrell.dennis@lewisbrisbois.com
7  Email: jason.revzin@lewisbrisbois.com
   **COUNSEL FOR DEFENDANT TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BLAIR C. DOTTA,<br><br>            Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company; BANK OF AMERICA N.A., a national banking association; and BLUESTEM BRANDS, INC., a foreign corporation d/b/a FINGERHUT;<br><br>            Defendants. | Case No. 2:15-cv-01020-JCM-PAL<br><br>**PROPOSED ORDER OF DISMISSAL AS TO DEFENDANT TRANS UNION LLC** |

Plaintiff Blair C. Dotta has announced to the Court that all matters in controversy against Trans Union LLC have been resolved.  A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

/ / /

/ / /

4814-2220-4970.1

1

1  IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Blair C. Dotta against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED November 16, 2015.

*[signature]*
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

4814-2220-4970.1

2