DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLAIR C. DOTTA,<br><br>                          Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC.; a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company; BANK OF AMERICA, N.A., a national banking association; and BLUESTEM BRANDS, INC., a foreign corporation d/b/a FINGERHUT,<br><br>                          Defendants. | Case No.: 2:15-cv-01020-JCM-PAL<br><br>**PROPOSED ORDER OF DISMISSAL WITH PREJUDICE AS TO BANK OF AMERICA, N.A.** |

Plaintiff, Blair C. Dotta has announced to the Court that all matters in controversy against Defendant Bank of America have been resolved.  On September 1, 2015, the parties signed and filed a Stipulation of Dismissal with Prejudice with this Court.  Doc. 24.  Having considered the Stipulation of Dismissal with Prejudice, the Court orders as follows:

**IT IS HEREBY ORDERED** that the claims and causes of action asserted hereing by Plaintiff Blair C. Dotta against Defendant Bank of america, N.A. are in all respects dismissed with prejudice to the refiling of the same, with each party to bear their own costs and fees;

**IT IS FURTHER ORDERED** that Bank of America's pending Motion to Dismiss, Doc. 5, is denied as moot.

DATED February 11, 2016.

_____
**HONORABLE JAMES C. MAHAN**
Unites States District Judge